IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG BANEY,                              :     CIVIL ACTION
                                          :     NO. 12-67
            Plaintiff,                    :
                                          :
      v.                                  :
                                          :
SOUTHEASTERN PENNSYLVANIA                 :
TRANSPORTATION AUTHORITY,                 :
                                          :
            Defendant.                    :

**O R D E R**

    **AND NOW**, this **3rd** day of **July, 2012**, following a hearing with counsel for the parties, it is hereby **ORDERED** that this civil action is **DISMISSED without prejudice.**[1]

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to reopen this civil action within one year of the date of entry of this Order. By agreement of the parties, the relevant statute of limitations is tolled until further order of the Court.

    **AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1]    The parties entered into a binding, low-high arbitration agreement.